JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>PAMELA MCCLENDON,<br><br>        Defendant. | CASE NO.: **CV15-03771 RSWL (Ex)**<br><br>**JUDGMENT PURSUANT TO STIPULATION BETWEEN PLAINTIFF AND DEFENDANT** |

**PURSUANT TO STIPULATION** for immediate entry of judgment (Doc 75) entered into by and between Plaintiff The Lincoln National Life Insurance Company, an Indiana corporation ("Plaintiff" or "Lincoln") and Defendant Pamela A. McClendon ("Defendant" or "McClendon"), and having found good cause for the entry of judgment stipulated to therein,

IT IS HEREBY ORDERED that the foregoing Stipulation is **APPROVED**.

IT IS FURTHER ORDERED:

///

///

1

**JUDGMENT**

That Judgment in the amount of Five Hundred Eighteen Thousand Five Hundred Dollars (**$518,500.00**), is awarded in favor of Plaintiff The Lincoln National Life Insurance Company and against Defendant Pamela McClendon.

**JUDGMENT IS ENTERED ACCORDINGLY.**

All pending dates are vacated. The Clerk shall close this action.

DATED: May 22, 2017        s/ RONALD S.W. LEW
                           HON. RONALD S.W. LEW
                           SENIOR U.S. DISTRICT COURT JUDGE